**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: : | |
| FRANCIS G. BENSON, : | Case No. 09-55345 |
| : | Chapter 7 |
| DEBTOR. : | Judge John E. Hoffman, Jr. |
| : | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $18.69 represents the total sum of the unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| WesBanco, 1 Bank Plaza, Wheeling, WV 26003 | 2 | $2.06 |
| Citibank, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602 | 4 | $1.30 |
| Citibank, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602 | 5 | $2.45 |
| Citibank, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602 | 6 | $2.29 |
| Citibank, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602 | 7 | $1.82 |
| Chase Bank USA, N.A. | 8 | $2.94 |
| PRA Receivables Management, LLC | 9 | $2.03 |
| Infibank – WesBanco | 11 | $0.78 |
| GE Consumer Finance | 12 | $3.02 |
| Total Unclaimed/ Small Dividends $25.00 or under - $18.69 | Total Unclaimed Dividends Over $25.00 - 0 | |

Dated:  08/11/2011                                          <u>/s/ Thomas McK. Hazlett</u>
                                                                                        Thomas McK. Hazlett, Case Trustee

cc: U.S. Trustee

                                                                    ###